IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRIAN L. GAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-0260-CV-W-GAF |
| | ) |
| OFFICE FOR CIVIL RIGHTS | ) |
| DEPARTMENT OF HEALTH & | ) |
| HUMAN SERVICES, | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

ORDER GRANTING MOTION TO WITHDRAW COMPLAINT
WITHOUT PREJUDICE

Now pending before the Court is plaintiff's Motion to Withdraw Complaint Without Prejudice.

For good cause shown, and there being no objection from opposing counsel, it is

ORDERED that plaintiff's Motion to Withdraw Complaint Without Prejudice is granted.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: July 27, 2005